FILED
DEC 1 0 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) No. **4:20CR00805 HEA/PLC** | |
| THOMAS T. TAYLOR, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

From in or about March, 2020, to on or about August 29, 2020, in St. Louis County and St. Charles County, within the Eastern District of Missouri,

**THOMAS T. TAYLOR,**

the Defendant herein, did knowingly and willingly combine, conspire, confederate, and agree with other persons, both known and unknown to the grand jury, to obstruct, delay, or affect commerce or the movement of any article or commodity in commerce by robbery of gas station convenience stores, which are commercial establishments engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, United States Code, Section 1951(a).

## COUNT TWO

The Grand Jury further charges that:

On or about July 28, 2020, in St. Louis County, within the Eastern District of Missouri,

**THOMAS T. TAYLOR,**

the Defendant herein, did attempt to obstruct, delay, or affect commerce or the movement of any article or commodity in commerce by robbery of a Circle K gas station convenience store, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, United States Code, Section 1951(a).

## COUNT THREE

The Grand Jury further charges that:

On or about August 16, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**THOMAS T. TAYLOR,**

the Defendant herein, did attempt to obstruct, delay, or affect commerce or the movement of any article or commodity in commerce by robbery of a Zephyr Express gas station convenience store, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and punishable under Title 18, United States Code, Section 1951(a).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
DONALD S. BOYCE, #6282562IL
Assistant United States Attorney